

**Reply To**
MICHAEL KUNSCH
Direct Dial: (484) 406-4208
Michael.Kunsch@mgclaw.com

July 8, 2026

**VIA ELECTRONIC FILING**
The Honorable John M. Gallagher
U.S. District Court for the Eastern
District of Pennsylvania
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

      RE:    Keith Jarvis v. Schneider National Carriers, Inc. and Elmanuel Carreras
             Civil Action No.:    5:25-cv-06435-JMG

Dear Judge Gallagher:

    As Your Honor is aware, I represent the interests of Defendants, Elmanuel Carreras and Schneider National Carriers, Inc., in this litigation. Fact and expert discovery are complete and this case is scheduled for a jury trial commencing on Monday, October 5, 2026. On behalf of the parties, I write to request a settlement conference with the Court. Please let counsel know if anything else is required for this referral.

    The parties thank Your Honor for your continued attention to this matter.

                  Respectfully yours,

                  Michael Kunsch

JMK/_jdp
cc:    All parties of record (via e-filing)

**McANGUS GOUDELOCK & COURIE LLC**

2000 MARKET STREET, SUITE 2850
PHILADELPHIA, PA 19103
**ALL MAIL TO:** POST OFFICE BOX 12519
COLUMBIA, SC 29211

484.406.4200 PHONE
215.501.5374 FAX
WWW.MGCLAW.COM