Kwartler Manus LLC
INJURY LAW

September 25, 2026

Honorable John M. Gallagher
United States District Court
Eastern District of PA
504 Hamilton Street
Allentown, PA 18101

Via E-File Only

**RE: Keith Jarvis v. Elmanuel Carreras & Schneider National Carriers, EDPA, No. 2:25-cv-6435**

Dear Judge Gallagher:

Please be advised that the above captioned matter has been amicably settled amongst the parties. Accordingly, this matter should now be removed from the trial list, and all court events should be cancelled.

Very truly yours,

**KWARTLER MANUS, LLC**

Kristin M. Waller

**KRISTIN M. WALLER, ESQUIRE**

cc: J. Michael Kunsch, Esquire (via e-file only)

1429 Walnut Street, 14th Floor
Philadelphia, PA 19102

www.kmfirm.com
P: 267•457•5570
F: 267•457•5571

413 Marlton Pike East
Cherry Hill, NJ 08034